JS-6

Robert F. Brennan, Esq. [S.B. #132449]
Law Offices of Robert F. Brennan, A P.C.
3150 Montrose Ave.
La Crescenta, Ca. 91214

[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Piper Stark

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIPER STARK, an Individual; | Case No.: CV 13-3436 GW (MRWx) |
| Plaintiff, | Hon. George H. Wu |
| vs. | **ORDER OF DIMISSAL WITH PREJUDICE OF REMAINING DEFENDANTS** |
| TRANSUNION LLC, is a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS, INC., an unknown business entity; EQUIFAX INFORMATION SERVICES LLC, is a business entity form unknown; MEDICREDIT INC, an unknown business entity; J.J. MACINTYRE,CO., INC, an unknown business entity.; CSMC EMERGENCY DEPARTMENT PHYSICIANS, an unknown business entity, and DOES 1-10, Inclusive, | |
| Defendants. | |

Plaintiff Piper Stark has announced to the Court that all matters in controversy against the remaining Defendants CSMC Emergency Department Physicians, Equifax Information Services LLC and Medicredit, Inc. (formerly known as J.J. MACINTYRE) have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the

Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

   IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Piper Stark against Defendants CSMC Emergency Department Physicians, Equifax Information Services LLC and Medicredit, Inc. (formerly known as J.J. MACINTYRE) are in all respect dismissed with prejudice to the refilling of same, with Court costs to be paid by the party incurring same.

DATED this 28th day of January 2014.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

2
ORDER RE: DISMISSAL OF REMAINING DEFENDANTS